**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-06-01430-TUC-RCC (MSD) |
| Plaintiff, | **ORDER** |
| v. | |
| Frank L. Padilla, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Maria S. Davila (Doc. 146),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion for Hearing re: Garnishment (Doc. 143).

Dated this 6th day of August, 2019.

Honorable Raner C. Collins
Senior United States District Judge